# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Levy, Robert M. | 2. Court or Organization<br><br>USDC EDNY | 3. Date of Report<br><br>01/08/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

225 Cadman Plaza East
Brooklyn, NY 11201

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | New York University School of Law |
| 2. | Adjunct Professor of Law | Brooklyn Law School |
| 3. | Lecturer in Law | Columbia Law School |
| 4. | Limited Partner | Fourlee Partnership |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | ongoing | ACLU Employee Retirement Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Robert M. | 01/08/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | New York University School of Law | $14,000.00 |
| 2. 2013 | Columbia Law School | $7,605.00 |
| 3. 2013 | Brooklyn Law School | $5,350.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase | credit card | K |
| 2. | Citibank | credit card | J |
| 3. | Mass Mutual | policy loan | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Robert M. | 01/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mass Mutual Life Ins--MML Gr Allocn | A | Dividend | J | T | | | | | |
| 2. Mass Mutual Life Ins | A | Dividend | K | T | | | | | |
| 3. Mass Mutual Life Ins | A | Dividend | K | T | | | | | |
| 4. Mass Mutual Life Ins | A | Dividend | J | T | | | | | |
| 5. Mass Mutual Life Ins | B | Dividend | K | T | | | | | |
| 6. Mass Mutual Life Ins | C | Dividend | L | T | | | | | |
| 7. Mass Mutual Variable Life MMI Equity | A | Dividend | J | T | | | | | |
| 8. Mass Mutual Life | A | Dividend | J | T | | | | | |
| 9. Four Lee Limited Partnership | C | Int./Div. | L | T | | | | | |
| 10. Deferred Compensation Plan | E | Dividend | N | T | | | | | |
| 11. -Copeland Stable Income Fd " " | B | Dividend | M | T | Sold (part) | 02/20/13 | L | A | |
| 12. - " " " | B | Dividend | M | T | Buy (add'l) | 10/30/13 | M | | |
| 13. -Fidelity OTC | C | Dividend | L | T | Buy | 10/30/13 | L | | |
| 14. -Vanguard Wellington | A | Dividend | L | T | Buy | 02/20/13 | L | | |
| 15. -TRowePr Retirement 2015 | A | Dividend | | | Sold (part) | 02/20/13 | L | B | |
| 16. " " " " | A | Dividend | | | Sold | 07/26/13 | L | A | |
| 17. -TRowePr Retirement 2020 | C | Dividend | M | T | Buy | 02/20/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Robert M. | 01/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -TRowePrRetirement 2025 | B | Dividend | L | T | Buy | 07/26/13 | L | | |
| 19.  -Vangrd Small Cap Indx Inst | A | Dividend | J | T | Sold (part) | 10/30/13 | L | B | |
| 20.  -Vangrd Prm Cap Adml | A | Dividend | | | Buy | 04/08/13 | L | | |
| 21.  -Vangrd Prm Cap Adml | B | Dividend | | | Sold | 10/30/13 | L | C | |
| 22.  IRA: Stifel Nicolaus | B | Dividend | K | T | | | | | |
| 23.  -Oppenheimer Dvlp Mrkts FD CLA | A | Dividend | J | T | | | | | |
| 24.  Incapital Zack Sel EQ Incm 3q1332 Mo Ca | A | Dividend | J | T | Buy | 08/16/13 | J | | |
| 25.  Invesco Unit 1320 | A | Dividend | J | T | Buy | 05/30/13 | J | | |
| 26.  First Trust 3738 Dur Plus 62 | A | Dividend | J | T | Buy | 01/16/13 | J | | |
| 27.  First Trust 3749 Dur Plus 63 | A | Dividend | J | T | | | | | |
| 28.  First Trust 4159 Sabrient Div Mo Ca | A | Dividend | J | T | Buy (add'l) | 05/30/13 | J | | |
| 29.  First Trust 4159 Sabrient Div Mo Ca | A | Dividend | J | T | Buy | 04/19/13 | J | | |
| 30.  First Trust Sub 10 Div 9 Mo Ca | A | Dividend | J | T | Buy | 07/19/13 | J | | |
| 31.  -First Eagle FD of America Cl A | A | Dividend | J | T | | | | | |
| 32.  -IVA Fiducary Trust IVA Worldwide Fd Class A | A | Dividend | J | T | | | | | |
| 33.  -Nuveen Investment Trust TradeWinds Val Opps FD CL A | A | Dividend | J | T | | | | | |
| 34.  -Advisors Disciplined 852 Inflation Incm Strat SER 2012-1 | A | Dividend | | | Sold | 07/03/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Advisors Disciplined TR Unit 734 Blue Chip Ser 2011-12 | A | Dividend | | | Sold | 07/03/13 | J | A | |
| 36. -Biovest | A | Dividend | J | T | | | | | |
| 37. Ameriprise | D | Dividend | M | T | | | | | |
| 38. -Pimco Total Return | A | Dividend | J | T | Sold (part) | 11/07/13 | J | A | |
| 39. -MFS Value A | A | Dividend | | | Sold | 11/07/13 | J | A | |
| 40. -CNL Properties (REIT) | C | Distribution | K | T | | | | | |
| 41. -Eaton Vance Strategic Income A | A | Dividend | J | T | | | | | |
| 42. Janus Bal A | A | Dividend | J | T | | | | | |
| 43. Mut Global Discovery | A | Dividend | J | T | | | | | |
| 44. Fidelity Contrafund | A | Dividend | | | Sold | 11/06/13 | J | A | |
| 45. -Fidelity Adv Small Cap-A | A | Dividend | | | Sold | 11/07/13 | J | A | |
| 46. -Fid Adv Strat Income-A | A | Dividend | J | T | | | | | |
| 47. -Fid Adv New Insights | A | Dividend | J | T | | | | | |
| 48. -Thorn Intl Val-A | A | Dividend | | | Sold | 08/09/13 | J | A | |
| 49. -1st Eagle Fund | A | Dividend | J | T | | | | | |
| 50. -Oppenheimer Developing Mkts-A | A | Dividend | | | Sold | 11/07/13 | J | A | |
| 51. -Doubleline Tot Ret Bd-N Doubleline Fds | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Robert M. | 01/08/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Perm Portfolio | A | Dividend | | | Sold | 11/06/13 | J | A | |
| 53. -American Century Diversified Bond | A | Dividend | | | Sold | 11/06/13 | J | A | |
| 54. Managers Yacktman Service | A | Dividend | J | T | Buy | 01/16/13 | J | | |
| 55. -Franklin Income CL A | A | Dividend | J | T | Buy | 11/07/13 | J | | |
| 56. -Lord Abett Short Duration Income Cl A | A | Dividend | J | T | Buy | 11/07/13 | J | | |
| 57. -Trans America Short Term Bond | A | Dividend | J | T | Buy | 11/07/13 | J | | |
| 58. -Virtus Multi Sector Short Term Bond | A | Dividend | J | T | Buy | 11/07/13 | J | | |
| 59. Rental of Second Home, Suffolk County, NY | E | Rent | O | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In response to the Committee's inquiries,

1) re: part VII, p. 6, line 43 "Mut Glob Discovery, this fund was purchased in 2010 and inadvertently omitted.

2) in part VII, p. 5, line 19 of my (prior) 2012 report I inadvertently reported a "partial sale" of Federated TT1 Ret Govt IS, but correctly reported no gross value at the end of the 2012 reporting period. This should have been a total sale. There is no gross value in the current (2013) reporting period.

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Robert M. | 01/08/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert M. Levy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544